# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN SATH O/B/O M.S,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 3:13-cv-02459-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br>Docs. 1, 8, 9, 15, 16 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.　The Clerk of Court shall enter judgment in favor of the Commissioner and against Karen Sath o/b/o M.S. as set forth in the following paragraph.

2.　The decision of the Commissioner of Social Security denying Karen Sath o/b/o M.S supplemental security income is affirmed.

3.　The Clerk of Court shall close this case.


Dated: August 19, 2014

　　　　　　　　　　　　　　　　　　　　　s/Gerald B. Cohn
　　　　　　　　　　　　　　　　　　　　　GERALD B. COHN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE